[No. 60477-5-I. Division One. December 15, 2008.]

KATHRYN SIMPSON, *Appellant*, v. NEW STEVENS, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-08603-3, Nicole MacInnes, J., entered July 27, 2007. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Becker, J.

[No. 60709-0-I. Division One. December 15, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LEE MARLOW II, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-00600-8, Steven J. Mura, J., entered July 18, 2007. *Remanded* by unpublished per curiam opinion.

[No. 26490-4-III. Division Three. December 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DONNA LEE CHRISTY, *Appellant*.

Appeal from a judgment of the Superior Court for Adams County, No. 07-1-00041-1, Richard W. Miller, J., entered October 1, 2007. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26696-6-III. Division Three. December 16, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. GILBERTO E. CRUZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-02299-7, Salvatore F. Cozza, J., entered December 17, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney and Brown, JJ.